```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF WEST VIRGINIA
```

**MARY BETH CARDER,**

    Plaintiff,

v.                                             Civ. Action No. 1:22-CV-06
                                                                      (Judge Kleeh)

**NEWREZ, LLC, doing business as**
**SHELLPOINT MORTGAGE SERVICING,**

    Defendant.

## DISMISSAL ORDER

On August 8, 2022, the parties filed their *Joint Notice of Settlement* [ECF No. 24]. For that reason, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days of this Order.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record via the CM/ECF notification system.

**DATED**: August 8, 2022

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA